IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| FREEDOM FROM RELIGION | ) | |
| FOUNDATION, INCORPORATED, | ) | |
| ANNIE LAURIE GAYLOR, and | ) | |
| DAN BARKER, | ) | No. 14-1152 |
| | ) | |
| Plaintiffs-Appellees, | ) | |
| v. | ) | |
| JACOB J. LEW, in his official capacity as | ) | |
| Secretary of the Treasury, and | ) | |
| JOHN A. KOSKINEN, in his official capacity | ) | |
| as Commissioner of Internal Revenue, | ) | |
| | ) | |
| Defendants-Appellants. | ) | |
| _____ | ) | |

## REPRESENTATION STATEMENT

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure,

counsel for the defendants-appellants hereby informs the Court that the

undersigned attorney represents Jacob J. Lew, in his official capacity as

Secretary of the Treasury, and John A. Koskinen, in his official capacity as

Commissioner of Internal Revenue.

Dated: January 27, 2014          Respectfully submitted,

*/s/ Judith A. Hagley*
JUDITH A. HAGLEY
U.S. Department of Justice, Tax Division
Post Office Box 502
Washington, D.C. 20044
Telephone: (202) 514-8126
Fax: (202) 514-8456
E-mail: Judith.a.hagley@usdoj.gov
Attorney for Defendants-Appellants

## CERTIFICATE OF SERVICE

I certify that, on January 27, 2014, service of the foregoing

Representation Statement was made upon Plaintiffs-Appellees by filing it

with the Clerk of Court using the CM/ECF system.


*/s/ Judith A. Hagley*
JUDITH A. HAGLEY